UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANNA BRANTLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00420-JPH-DML |
| | ) | |
| JOSPHE MEEK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Denying Motion to Proceed in Forma Pauperis
and Directing Entry of Final Judgment**

Plaintiff Anna Brantley filed a motion to proceed in forma pauperis on February 5, 2020. Dkt. 2. On February 10, 2020, the Court issued a Notice of Deficiency, informing Ms. Brantley that the motion "cannot be ruled on because you have not submitted a copy of the transaction history associated with your institution trust account for the 6−month period preceding the filing of this action." Dkt. 4. The Court instructed Ms. Brantley to correct this deficiency by March 9, 2020, and warned that "[f]ailure to correct the deficiency may subject the case to dismissal for failure to prosecute." *Id.*

On March 19, 2020, the Court issued an Entry on in Forma Pauperis Status, finding that Ms. Brantley had failed to correct the deficiency or otherwise respond within the deadline. Dkt. 6. The Court instructed Ms. Brantley to correct the deficiency by April 14, 2020, and warned that "failure to do so by this date will result in the dismissal of this action without further warning." *Id.*

Ms. Brantley has failed to correct the deficiency or otherwise respond within the deadline. Accordingly, the motion to proceed in forma pauperis, dkt. [2], is **denied**, and the action is **dismissed without prejudice**.

The **clerk is directed** to issue Final Judgment in accordance with this Order.

1

**SO ORDERED**.

Date: 4/20/2020

                                            James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ANNA BRANTLEY
382
BARTHOLOMEW COUNTY SHERIFF
543 Second Street
Columbus, IN 47201

2